# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| BRUCE E. DAWKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22-cv-00074-SRW |
| MARK ABEL, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon the application of self-represented Plaintiff Bruce E. Dawkins to proceed in the district court without prepaying fees or costs. ECF No. 2. After reviewing Plaintiff's financial information, the Court finds he is unable to pay any portion of the filing fee. Plaintiff will be granted leave to proceed *in forma pauperis*. Additionally, the Court will order Plaintiff to supplement his complaint by filing a copy of his right-to-sue letter.

Plaintiff brings this action under Title VII of the Civil Rights Act of 1964 for alleged employment discrimination based on race. "In order to initiate a claim under Title VII a party must timely file a charge of discrimination with the EEOC and receive a right-to-sue letter." *Stuart v. General Motors Corp.*, 217 F.3d 621, 630 (8th Cir. 2000). Plaintiff has not filed a copy of the right-to-sue letter. Consequently, the Court will order Plaintiff to supplement his complaint by submitting a copy of the right-to-sue letter within twenty-one (21) days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's application to proceed in the district court without prepaying fees or costs is **GRANTED**. [ECF No. 2]

**IT IS FURTHER ORDERED** that Plaintiff shall submit a copy of his right-to-sue letter within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without further proceedings.

Dated this 5th day of December, 2022.

/s/ Stephen R. Welby
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE